**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FIORELLA ODALYS GARCIA RAMIREZ, | No. 1:26-cv-02549 KES FJS (HC) |
| Petitioner, | A-Number: 233-285-126 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENTS' MOTION TO DISMISS, DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS MOOT, AND DIRECTING CLERK OF COURT TO CLOSE CASE |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |
| | Docs. 10, 12, and 13 |

Petitioner Fiorella Odalys Garcia Ramirez, a former immigration detainee, brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking release or a bond hearing before an immigration judge. Doc. 1. The Court ordered that Petitioner be provided a bond hearing; the immigration court subsequently held a hearing and petitioner was released from detention. *See* Doc. 8; Doc. 10 at 1-2. Respondents thereafter moved to dismiss the petition as moot. Doc. 10. Petitioner's counsel did not oppose the request.

On May 15, 2026, the magistrate judge issued findings and recommendations[1] to dismiss the petition as moot because "Petitioner's complaints have been addressed, [and] no case or

---

[1] The Court docketed the findings and recommendations twice on the same date. Docs. 12, 13. For the sake clarity, the Court cites only the later document.

1

controversy currently exists." Doc. 13 at 2.  The Court served the findings and recommendations on the parties and notified them that any objections were to be filed within 21 days of service. *Id.* at 3.  The parties were advised that failure to file objections may result in waiver of certain rights on appeal. *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)).  Neither Petitioner nor Respondents filed any objections and the time to do so has expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court performed a de novo review.  Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.  The findings and recommendations issued on May 15, 2026 (Docs. 12, 13) are ADOPTED in full.

2.  Respondents' motion to dismiss (Doc. 10) is GRANTED.

3.  The petition for writ of habeas corpus (Doc. 1) is DISMISSED as moot.

4.  The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:   June 16, 2026

_____
UNITED STATES DISTRICT JUDGE